# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1476 | **DATE** | 4/29/2009 |
| **CASE TITLE** | Bruce Giles vs. City Of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's second motion for leave to proceed in forma pauperis [6] is denied. We previously warned Plaintiff that failure to pay the filing fee or file a properly completed in forma pauperis application form by April 24, 2009, would result in the dismissal of the instant action. The deadline has passed and Plaintiff has not paid the filing fee or filed a properly completed in forma pauperis application form. Therefore, we dismiss the instant action. All other pending motions are denied as moot. Civil case terminated.

■[ For further details see text below.]     Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Bruce Giles' ("Giles") second motion for leave to proceed *in forma pauperis*. On March 18, 2009, we denied Giles' first motion for leave to proceed *in forma pauperis* since Giles had not properly completed his *in forma pauperis* application form. We gave Giles until April 24, 2009, to either pay the filing fee in this case or to file an accurately and properly completed *in forma pauperis* application form. We also warned Giles that failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 24, 2009, would result in the dismissal of the instant action.

Giles has not paid the filing fee and has instead filed a second motion for leave to proceed *in forma pauperis*. On Giles' second *in forma pauperis* application form, he states that he has not received more than $200 in the past twelve months from any source, including gifts. (IFP Par. 4). However, a certificate from Giles' prison trust account indicates that deposits have been made in Giles' account averaging more than $100 per month over the last six months alone. Further, a printout of Giles' prison trust statement reveals that since July 3, 2008, nearly $1,000 has been deposited in Giles' prison trust account. Giles has not provided a source for such income. Thus, Giles has provided inaccurate information on his second *in forma*

**STATEMENT**

*pauperis* application form and we deny Giles' second motion for leave to proceed *in forma pauperis*. We previously warned Giles that failure to pay the filing fee or file a properly completed *in forma pauperis* application form by April 24, 2009, would result in the dismissal of the instant action. The deadline has passed and Giles has not paid the filing fee or filed a properly completed *in forma pauperis* application form. Therefore, we dismiss the instant action.

Case: 1:09-cv-01476 Document #: 8 Filed: 04/29/09 Page 2 of 2 PageID #:25